UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEROME CHAMBERS,

    Plaintiff,

v.                                      Case No. 8:24-cv-00649-WFJ-AEP

FRANK BISIGNANO,
Commissioner of Social Security,[1]

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

This cause comes before the Court on Plaintiff's Amended Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 22). By the Motion, Plaintiff seeks attorney's fees in the amount of $6,144.85 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). On February 27, 2025, this Court entered an Order reversing and remanding the case to the Commissioner for further administrative proceedings (Doc. 18). Thereafter, the Clerk entered judgment in favor of Plaintiff (Doc. 19).

As the prevailing party, Plaintiff now requests an award of attorney's fees. *See* 28 U.S.C. § 2412(d)(1)(A); *cf. Shalala v. Schaefer*, 509 U.S. 292, 300–02 (1993)

---

[1] Frank Bisignano is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Frank Bisignano should be substituted as the defendant in this matter. No further action needs to be taken to continue this matter by reason of the last sentence of section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

(concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party), *superseded by rule on other grounds*, Fed. R. Civ. P. 58(c)(2)(B). After issuance of an order awarding EAJA fees, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernible federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel.

The Commissioner does not oppose the requested relief (Doc. 24, at 1). Additionally, Plaintiff's attorney filed time records and declarations in support of the motion (Docs. 22-2, 22-4, 22-5, 22-6). Therefore, for the reasons set out in Plaintiff's motion and supported by the declarations, it is hereby

RECOMMENDED:

1. Plaintiff's Amended Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 22) be GRANTED.

2. Plaintiff be awarded fees in the amount of $6,144.85. Unless the Department of Treasury determines that Plaintiff owes a federal debt, the government must pay the fees and costs to Plaintiff's counsel in accordance with Plaintiff's assignment (Doc. 22-1).

IT IS SO REPORTED in Tampa, Florida, on this 10th day of June 2025.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

2

## **NOTICE TO PARTIES**

A party has fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). **Should the parties wish to expedite the resolution of this matter, they may promptly file a joint notice of no objection.**

cc:   Hon. William F. Jung
      Counsel of Record