UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEROME CHAMBERS,

    Plaintiff,

v.                                            Case No. 8:24-cv-649-WFJ-AEP

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff Jerome Chambers' Amended Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), as the prevailing party. Dkt. 22. Defendant Commissioner of Social Security ("Commissioner") does not oppose relief. Dkt. 24 at 1. The United States Magistrate Judge recommends that attorney's fees be awarded to Plaintiff in the amount sought of $6,144.85. Dkt. 26. The time for filing objections to the Report and Recommendation has passed.

After an independent review of the file, the Court agrees with the Magistrate Judge and orders as follows:

    1.    The Report and Recommendation (Dkt. 26) is adopted and confirmed in all respects and made a part of this Order.

2. Plaintiff's unopposed amended motion for attorney's fees pursuant to the EAJA (Dkt. 22) is granted.

3. Plaintiff is awarded attorney's fees in the amount of $6,144.85. Unless the Department of the Treasury determines that Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees. Dkt. 22-1.

**DONE AND ORDERED** at Tampa, Florida, on June 25, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record